**United States District Court**

DISTRICT OF OREGON

907 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204
Chambers (503) 326-8230
█████████████

Chambers of
**GARR M. KING**
United States District Judge

July 16, 2008

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D. C.  20544

RE:  Calendar Year 2007 Filing

Dear Judge Smith:

In response to your letter of June 24, 2008, I enclose an Amended 2007 Report which includes the following:

1.    Amendment to page 2, IV, items 1-6.
2.    Amendment to page 8, VII, items 52 and 53 to reflect purchase date.
3.    Amendment to page 8, VII, adding items 55 through 65 to reflect the assets held in my IRA account managed by USB Financial.
4.    Items number 55 through 65 replace the additional information or explanation item (VII) in the report of 5/1/2008.

With regard to the IRA account, I previously had two IRA accounts.  I had one with Value Line Fund, and the other with Piper Jaffrey.  Piper Jaffrey was acquired by USB Financial and they presently manage my IRA account.  At the end of 2007 I merged my Value Line IRA Fund with the USB Financial Fund.  Items 55 through 65 reflect all the positions in my IRA at the end of 2007.

In preparing the 2006 filing, I just tracked the IRA information sheet.  Note that by mistake I referred to line 22, and it should have been line 18 in VII.  In my 2007 filing, I again just tracked the previous year's additional information sheet.  For your information I have enclosed my statements as of December 31, 2006 and December 31, 2007 in the event you have any questions.  If you do not wish to have these you can throw them away.  This is a managed IRA account.  I have never paid any attention to changes in investments.  It is invested in Funds and Certificates of Deposit which change periodically.

Page 2

If you need any further information please advise.



GMK//*encl.*

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007
### (AMENDED JULY 16, 2008)

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, GARR M | DISTRICT OF OREGON / ACTIVE | 05/01/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final | 01/01/2007 to 12/31/2007 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 907 UNITED STATES COURTHOUSE 1000 S. W. THIRD AVENUE PORTLAND, OREGON 97204 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-MANAGER | KING PARTNERS LLC |
| 2. PRESIDENT/DIRECTOR | KING FAMILY FOUNDATION |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 24 A 10:41 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the United States Courts | 01/29/2007 to 01/31/2007 | Santa Barbara, California | U.S. Judicial Conference | $1,091.00 Transportation, food and lodging |
| 2. | Bend Oregon Inns of Court | 02/21/2007 to 02/22/2007 | Bend, Oregon | Inns of Court | $150.00 Lodging |
| 3. | American College of Trial Lawyers | 03/28/2007 to 04/01/2007 | Houston, Texas | Nat'l Trial Competition | $1,157.00 Transportation, food and lodging |
| 4. | Administrative Office of the United States Courts | 04/20/2007 to 04/21/2007 | Medford, Oregon | Investiture Judge Clarke | $179.00 Transportation |

| | | | | |
|---|---|---|---|---|
| 5. | Administrative Office of the United States Courts | 07/15/2007 to 07/19/2007 | Honolulu, Hawaii | U.S. Judicial Conference | $2,809.00 Transportation, food and lodging |
| 6. | American College of Trial Lawyers | 11/15/2007 to 11/17/2007 | Napa Valley, California | Western Chairs' Workshop | $800.00 Transportation, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 19. IRA VALUE LINE FUND | | None | | | Merged w/15 | 2007 | M | | Transferred to IRA#15 |
| 20. PFIZER INC. | B | Dividend | | | SELL | 11/13 | K | A | |
| 21. AMERICAN EXPRESS | A | Dividend | L | T | | | | | |
| 22. AM. INT'L GROUP | A | Dividend | K | T | | | | | |
| 23. CITIGROUP | B | Dividend | K | T | | | | | |
| 24. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 25. HOME DEPOT | A | Dividend | | | SELL | 11/13 | J | A | |
| 26. MICROSOFT | | None | K | T | | | | | |
| 27. WELLS FARGO | A | Dividend | L | T | | | | | |
| 28. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 29. UNITED PARCEL | B | Dividend | L | T | | | | | |
| 30. MIDCAP SPDR | B | Dividend | M | T | | | | | |
| 31. SECTOR SPDRCYA | C | Dividend | | | SELL | 5/3 | M | | |
| 32. ISHARES TR | D | Dividend | M | T | | | | | |
| 33. SECTOR SPDR TR. TECH | C | Dividend | | | SOLD | 5/3 | L | D | |
| 34. COLUMBIA BANCORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CASCADE BANCORP | A | Dividend | K | T | | | | | |
| 36. BPPLC Spons. ADR | B | Dividend | K | T | | | | | |
| 37. MEDTRONIC | A | Dividend | K | T | | | | | |
| 38. FIRST DATA CORP | | None | | | SELL | 5/3 | K | D | |
| 39. SPECTOR SPDR TR INTL. HEALTH | B | Dividend | M | T | | | | | |
| 40. SPECTOR SPDR ENERGY | B | Dividend | L | T | | | | | |
| 41. TRI COUNTY METTR | B | Interest | K | T | | | | | |
| 42. WEST BANK P.R.C.O. | B | Interest | L | T | | | | | |
| 43. PORT. ORE. SEWER SYS. | B | Interest | | | REDEEMED | 6/1 | L | A | |
| 44. CLACK. CTY. OR. HOSP. | B | Int./Div. | K | T | | | | | |
| 45. CARMEN DRIVE HEALTH CENTER INVESTORS | C | Interest | K | U | | | | | |
| 46. SUN WATER SYSTEMS INC. | A | Dividend | K | U | | | | | |
| 47. ORE. ST. BOARD OF HIGHER EDUCATION: 8/1/07 | B | Interest | | | REDEEMED | 8/1 | L | A | |
| 48. SW OREGON COMM. COLL: 6/1/07 | B | Interest | | | REDEEMED | 6/1 | L | A | |
| 49. RESIDENCE - DAVIS, CALIFORNIA | | None | O | T | | | | | |
| 50. SALEM OR. WATER REV. | B | Interest | L | T | | | | | |
| 51. PORT. OR. WATER SYS. | B | Interest | | | REDEEMED | 11/18 | K | A | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment
(See Column C2)      U =Book Value      V =Other      W =Estimated      T =Cash Market

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

7/16/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**UBS Financial Services Inc.**
██████████
██████████
PORTLAND, OR ████

**Your Financial Advisor**
WRENN FERGUSON ████████
████████

# UBS Strategic Advisor

██████ 6

Account Number: ██████████
Universal ID: ██████████
Account Type: Individual Retirement Account

*December 2007*

GARR M KING
IRA

*Posted*

IIıIıIııIııIıIıIııIIIIıııııIIıııIIııIIıIIıIıIıııIıIıIıIııIIıI

## Asset allocation

*This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification*



| | Total asset value | % of total |
|---|---|---|
| ☐ Cash | $ 46,375.04 | 6.30 % |
| ▨ Cash alternatives | .00 | 0.00 % |
| ▨ Equities | 388,192.27 | 52.74 % |
| ▨ Fixed income | 301,480.63 | 40.96 % |
| ■ Balanced | .00 | 0.00 % |
| ▨ Alternative strategies | .00 | 0.00 % |
| ▨ Other | .00 | 0.00 % |
| **Total** | $ 736,047.94 | 100.00 % |

| | | |
|---|---|---|
| Accrued interest | $ | 42.05 |
| **Total account values plus above** | $ | 736,089.99 |

### Account instructions
UBS Financial Services Inc. is your custodian.
Your account is approved for normal distributions.

### Bulletin board
Access UBS' top economists, strategists, and research analysts via interactive conference calls about the market, including Q&A. Ask your UBS Financial Advisor about these calls!
PREFERRED CLIENT PRIORITY SERVICES ██████████
VISIT OUR WEB SITE AT WWW.UBS.COM.

## Total value comparison

*This graph includes credits, debits and changes in market value. It does not include Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.*



(in $ Thousands)

| $800 | 581.9 | 599.7 | 761.5 | 770.8 | 787.1 | 771.6 | 736.0 |
|---|---|---|---|---|---|---|---|
| $400 | | | | | | | |
| $0 | YE06 | 1Q07 | 2Q07 | 3Q07 | Oct07 | Nov07 | Dec07 |



# UBS Strategic Advisor

**Statement Period:** December 2007

███████

## This month at a glance

| | | |
|---|---|---:|
| Value on November 30 | $ | 771,605.89 |
| **Value on December 31** | $ | **736,047.94** |
| Money fund and other sweep option balance in 12/31 value | $ | 46,375.04 |
| Other items not in value on 12/31: | | |
| Accrued interest | $ | 42.05 |
| **December 31 value plus other items** | $ | **736,089.99** |

## Account summary

| | | Current period | | Year-to-date |
|---|---|---:|---|---:|
| **Net portfolio opening value** | $ | 771,605.89 | $ | 581,872.03 |

## Cash activity

| | | Current period | | Year-to-date |
|---|---|---:|---|---:|
| **Opening cash / money fund / sweep balance** | $ | 67,747.45 | $ | 45,973.59 |
| **Credits to your account** | | | | |
| Net security earnings | | 25,400.21 | | 49,470.45 |
| Deposits | | .00 | | 133,173.14 |
| Sales proceeds/redemptions/exchanges | | .00 | | 81,223.84 |
| **Total credits** | $ | 25,400.21 | $ | 263,867.43 |
| **Debits to your account** | | | | |
| Withdrawals | | -21,957.43 | | -21,957.43 |
| Program fees and related services | | .00 | | -3,476.34 |
| Funds to purchase securities | | -24,815.19 | | -238,032.21 |
| **Total debits** | $ | -46,772.62 | $ | -263,465.98 |
| **Credit/debit net change** | $ | -21,372.41 | $ | 401.45 |
| **Closing cash / money fund / sweep balance** | $ | 46,375.04 | $ | 46,375.04 |

December 07/ ███████



# UBS Strategic Advisor



**Statement Period:** December 2007

## Portfolio activity

|  | Current period | | Year-to-date |
|---|---|---|---|
| Opening value of priced assets | $ 703,858.44 | $ | 535,898.44 |
| Securities purchased | 24,815.19 | | 238,032.21 |
| Securities sold/redeemed/exchanged | .00 | | -81,223.84 |
| Change in value of investments | -39,000.73 | | -3,033.91 |
| Net change in value of priced assets | $ -14,185.54 | $ | 153,774.46 |
| Closing value of priced assets | $ 689,672.90 | $ | 689,672.90 |
| Net portfolio closing value as of December 31 | $ 736,047.94 | $ | 736,047.94 |

## Realized capital gains/losses

|  | Current period | | Year-to-date |
|---|---|---|---|
| Realized capital gains/losses | $ .00 | $ | 224.36 |

## Contribution summary

*We have categorized deductible and non-deductible contributions based on information you have provided.
To ensure accuracy, please provide the most current information.*

|  | Current period | Tax year 2007 | Tax year 2006 |
|---|---|---|---|
| Transfers | .00 | 133,173.14 | .00 |

## Distribution summary

|  | Current period | Tax year 2007 | Tax year 2006 |
|---|---|---|---|
| Normal distributions | 21,957.43 | 21,957.43 | 23,895.00 |

## Earnings summary

*Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used
for tax purposes. Refer to the disclosure on the back of the first page.*

|  | Current period | | Year-to-date |
|---|---|---|---|
| Dividends | $ 7,040.00 | $ | 18,180.73 |
| Interest | 361.64 | | 6,685.79 |
| Other | 17,847.67 | | 19,714.61 |
| Prior month(s) adjustments | 150.90 | | |
| Total current year security earnings | $ 25,400.21 | $ | 44,581.13 |
| Prior year(s) entries and adjustments | .00 | | 4,889.32 |
| Net security earnings | $ 25,400.21 | $ | 49,470.45 |

## Investment objectives

*The following return objective and risk profile(s) describe overall goals for this
account. For each account held, you must provide one return objective, one primary
risk profile and, if applicable, a secondary risk profile. A full description of the
alternatives is included on the back of the first page. If you have questions
regarding these objectives, disagree with or wish to change them, please notify your
Financial Advisor or Branch Manager at your branch office, in writing or by telephone*

**Return objective:** Current income & capital appreciation

**Risk profile:** Primary: Moderate

Secondary: None selected



# UBS Strategic Advisor

**Statement Period:** December 2007

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Cash

### Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| UBS LIQUID ASSETS FUND | 67,747.45 | 46,375.04 | 1.00 | 4.61% | 11/26 - 12/23 | 28 |

## Equities

### Mutual funds

"Aggregated Reinvestment" is the aggregate of all dividends paid that were reinvested in the fund and excludes any cash dividends taken, but is not a tax lot for purposes of determining holding periods and/or basis. Each time dividends are reinvested, the shares received are a separate tax lot. "Cost basis" is the aggregate purchase cost of the security, including reinvested dividends, and may need to be adjusted for return of capital payments to determine the aggregate adjusted tax cost basis. "Unrealized gain/loss" is the difference between the aggregate current value and the aggregate cost basis for each security (and may also need to be adjusted for return of capital payments to determine the realized gain or loss for tax reporting purposes). The "Investment return" for each security is equal to the Current value minus the Client investment, and excludes any cash dividends not reinvested.

| Description | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holdir perio |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F | | | | | | | | | | |
|   Trade date: 03/10/06 | 44.540 | 80,175.47 | 37.840 | 68,114.95 | 68,114.95 | 12,060.52 | | | L |
|   Aggregated reinvestment | 44.540 | 14,373.24 | 42.455 | | 13,700.42 | 672.82 | 13,700.42 | | |
|   Estimated annual income: $2,104 | | | | | | | | | |
|   Current yield: 2.23% | | | | | | | | | |
|   Security total | | 94,548.71 | | 68,114.95 | 81,815.37 | 12,733.34 | 13,700.42 | 26,433.76 | |
| AMERICAN FUNDS EURO PACIFIC FUND CLASS F | | | | | | | | | | |
|   Trade date: 04/20/01 | 50.650 | 72,569.69 | 30.030 | 43,026.02 | 43,026.02 | 29,543.67 | | | L |
|   Aggregated reinvestment | 50.650 | 23,906.75 | 43.031 | | 20,310.69 | 3,596.06 | 20,310.69 | | |

Continued on page 5

December 07/ ██████████



 
# UBS Strategic Advisor

**Mutual funds** - continued

| Description | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| Estimated annual income: $1,911 | | | | | | | | | | |
| Current yield: 1.98% | | | | | | | | | | |
| Security total | | | 96,476.44 | | 43,026.02 | 63,336.71 | 33,139.73 | 20,310.69 | 53,450.42 | |
| DODGE & COX INTERNATIONAL STOCK FUND | | | | | | | | | | |
| Trade date: 06/06/06 | | 46.020 | 23,746.13 | 38.760 | 20,000.00 | 20,000.00 | 3,746.13 | | | LT |
| Aggregated reinvestment | | 46.020 | 642.39 | 43.619 | | 608.89 | 33.50 | 608.89 | | |
| Estimated annual income: $300 | | | | | | | | | | |
| Current yield: 1.23% | | | | | | | | | | |
| Security total | | | 24,388.52 | | 20,000.00 | 20,608.89 | 3,779.63 | 608.89 | 4,388.52 | |
| DODGE & COX STOCK FUND | | | | | | | | | | |
| Trade date: 01/08/04 | | 138.260 | 71,464.52 | 116.080 | 60,000.01 | 60,000.01 | 11,464.51 | | | LT |
| Aggregated reinvestment | | 138.260 | 11,901.42 | 142.362 | | 12,254.53 | -353.11 | 12,254.53 | | |
| Estimated annual income: $1,423 | | | | | | | | | | |
| Current yield: 1.71% | | | | | | | | | | |
| Security total | | | 83,365.94 | | 60,000.01 | 72,254.54 | 11,111.40 | 12,254.53 | 23,365.93 | |
| DWS DREMAN SMALL CAP VALUE FUND CLASS A | | | | | | | | | | |
| Trade date: 03/10/06 | | 34.620 | 28,759.42 | 35.280 | 29,307.70 | 29,307.70 | -548.28 | | | LT |
| Aggregated reinvestment | | 34.620 | 5,609.93 | 35.349 | | 5,728.17 | -118.24 | 5,728.17 | | |
| Estimated annual income: $356 | | | | | | | | | | |
| Current yield: 1.04% | | | | | | | | | | |
| Security total | | | 34,369.35 | | 29,307.70 | 35,035.87 | -666.52 | 5,728.17 | 5,061.65 | |
| FEDERATED KAUFMAN SMALL CAP FUND CLASS A | | | | | | | | | | |
| Trade date: 09/18/03 | | 25.880 | 20,985.39 | 16.430 | 13,322.64 | 13,322.64 | 7,662.75 | | | LT |
| Aggregated reinvestment | | 25.880 | 4,823.44 | 21.574 | | 4,020.98 | 802.46 | 4,020.98 | | |
| Security total | | | 25,808.83 | | 13,322.64 | 17,343.62 | 8,465.21 | 4,020.98 | 12,486.19 | |

Account Number: ████████
Your Financial Advisor
WRENN FERGUSON ████████
████████

**UBS Strategic Advisor**

**Statement Period:** December 2007



## Mutual funds - continued

| Description | | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holdi peri |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FPA CAPITAL FUND INC | | | | | | | | | | | |
| Trade date: 07/08/04 | ✓ | ████ | 36.710 | 20,701.76 | 37.840 | 21,338.99 | 21,338.99 | -637.23 | | | L |
| Aggregated reinvestment | | ████ | 36.710 | 8,532.72 | 40.742 | | 9,469.95 | -937.23 | 9,469.95 | | |
| Estimated annual income: $533 | | | | | | | | | | | |
| Current yield: 1.82% | | | | | | | | | | | |
| Security total | | ████ | | 29,234.48 | | 21,338.99 | 30,808.94 | -1,574.46 | 9,469.95 | 7,895.49 | |
| **Estimated annual income: $6,627** | | | | | | | | | | | |
| **Mutual funds total** | | ████ | | 388,192.27 | | 255,110.31 | 321,203.94 | 66,988.33 | 66,093.63 | 133,081.96 | |

## Fixed income

### Certificates of deposit

Cost basis for Zero Coupon CDs has not been automatically adjusted for accrued original issue discount and thus gains/losses are not calculated.

| Description | Total face value at maturity | Price | Current value | Est. annual income/ Current yield | | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holdi peri |
|---|---|---|---|---|---|---|---|---|---|---|
| ROYAL BANK OF PA US | ████ | 99.012 | 49,506.00 | 1,369/ | 3.69% | 09/15/04 | 100.000 | 50,000.00 | -494.00 | L |
| RT 03.6500% MAT 09/24/2008 | | | | | | | | | | |
| FIXED RATE CD | | | | | | | | | | |
| ACCRUED INTEREST $35.00 | | | | | | | | | | |
| ████ | | | | | | | | | | |
| DORAL BANK PR | ████ | 100.149 | 50,074.50 | 2,575/ | 5.14% | 03/16/06 | 100.000 | 50,000.00 | 74.50 | L |
| RATE 05.1500% MAT 03/30/2009 | | | | | | | | | | |
| FIXED RATE CD | | | | | | | | | | |
| ACCRUED INTEREST $7.05 | | | | | | | | | | |
| ████ | | | | | | | | | | |
| **Total** | ████ | | 99,580.50 | 3,944 | | | | 100,000.00 | -419.50 | |




# UBS Strategic Advisor



**Statement Period:** December 2007

## Mutual funds

*"Aggregated Reinvestment"* is the aggregate of all dividends paid that were reinvested in the fund and excludes any cash dividends taken, but is not a tax lot for purposes of determining holding periods and/or basis. Each time dividends are reinvested, the shares received are a separate tax lot. *"Cost basis"* is the aggregate purchase cost of the security, including reinvested dividends, and may need to be adjusted for return of capital payments to determine the aggregate adjusted tax cost basis. *"Unrealized gain/loss"* is the difference between the aggregate current value and the aggregate cost basis for each security (and may also need to be adjusted for return of capital payments to determine the realized gain or loss for tax reporting purposes). The *"Investment return"* for each security is equal to the Current value minus the Client investment, and excludes any cash dividends not reinvested.

| Description | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A | | | | | | | | | | |
| Trade date: 05/03/07 | | 15.010 | 99,010.55 | 15.160 | 100,000.00 | 100,000.00 | -989.45 | | | ST |
| Aggregated reinvestment | | 15.010 | 3,171.21 | 15.031 | | 3,175.74 | -4.53 | 3,175.74 | | |
| Estimated annual income: $5,657 | | | | | | | | | | |
| Current yield: 5.54% | | | | | | | | | | |
| Security total | | | 102,181.76 | | 100,000.00 | 103,175.74 | -993.98 | 3,175.74 | 2,181.76 | |
| OPPENHEIMER INTL BOND FD CL A | | | | | | | | | | |
| Trade date: 11/13/07 | | 6.360 | 96,072.51 | 6.620 | 100,000.00 | 100,000.00 | -3,927.49 | | | ST |
| Aggregated reinvestment | | 6.360 | 3,645.87 | 6.389 | | 3,662.80 | -16.93 | 3,662.80 | | |
| Estimated annual income: $3,935 | | | | | | | | | | |
| Current yield: 3.95% | | | | | | | | | | |
| Security total | | | 99,718.37 | | 100,000.00 | 103,662.80 | -3,944.42 | 3,662.80 | -281.62 | |
| Estimated annual income: $9,592 | | | | | | | | | | |
| Mutual funds total | | | 201,900.14 | | 200,000.00 | 206,838.54 | -4,938.40 | 6,838.54 | 1,900.14 | |

## Portfolio totals

| | Current value | Est. annual income | | Cost basis | Unrealized gain/loss |
|---|---|---|---|---|---|
| Cash | 46,375.04 | | | | |
| Equities | 388,192.27 | 6,627 | | 321,203.94 | 66,988.33 |
| Fixed income | 301,480.63 | 13,536 | | 306,838.54 | -5,357.90 |
| Total | 736,047.94 | 20,163 | | 628,042.48 | 61,630.43 |
| Other items not included in Portfolio total value | | | | | |
| Accrued interest | 42.05 | | | | |

December 07/ 7E 17838 A3


# UBS Strategic Advisor



**Statement Period:** December 2007

## Notice of availability

Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 11/30 | | **Cash, Money fund and other sweep option balance** | | | $ | 67,747.45 |
| 12/03 | DIVIDEND | OPPENHEIMER INTL BOND FD CL A AS OF 11/30/07 | | | 150.90 | |
| 12/03 | REINVESTMENT | OPPENHEIMER INTL BOND FD CL A DIVIDEND REINVESTED AT 6.62 NAV ON 11/30/07 AS OF 11/30/07 | | | -150.90 | 67,747.45 |
| 12/14 | DIVIDEND | AMERICAN FUNDS EURO PACIFIC FUND CLASS F AS OF 12/13/07 | | | 1,753.84 | |
| 12/14 | LT CAP GAIN | AMERICAN FUNDS EURO PACIFIC FUND CLASS F LONG TERM CAPITAL GAIN AS OF 12/13/07 | | | 6,352.16 | |
| 12/14 | REINVESTMENT | AMERICAN FUNDS EURO PACIFIC FUND CLASS F DIVIDEND REINVESTED AT 52.02 NAV ON 12/12/07 AS OF 12/13/07 | | | -1,753.84 | |
| 12/14 | REINVESTMENT | AMERICAN FUNDS EURO PACIFIC FUND CLASS F LT CAP GAINS REINVESTED AT 52.02 NAV ON 12/12/07 AS OF 12/13/07 | | | -6,352.16 | 67,747.45 |
| 12/17 | DISTRIBUTION CURRENT YEAR | NORMAL DISTRIBUTION | | | -21,957.43 | 45,790.02 |
| 12/19 | DIVIDEND | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F AS OF 12/18/07 | | | 289.18 | |
| 12/19 | DIVIDEND | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F AS OF 12/18/07 | | | 293.69 | |

Continued on page 9

December 07/


# UBS Strategic Advisor

**Statement Period:** December 2007

## Cash flow and security transactions - continued

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|---------------------|---------------|-------------|---------------------------------------|
| 12/20 | REINVESTMENT | DWS DREMAN SMALL CAP VALUE FUND CLASS A ST CAP GAINS REINVESTED AT 34.21 NAV ON 12/18/07 AS OF 12/19/07 | | | -660.08 | |
| 12/20 | REINVESTMENT | DWS DREMAN SMALL CAP VALUE FUND CLASS A LT CAP GAINS REINVESTED AT 34.21 NAV ON 12/18/07 AS OF 12/19/07 | | | -2,545.47 | 45,790.02 |
| 12/21 | DIVIDEND | FPA CAPITAL FUND INC | | | 233.51 | |
| 12/21 | LT CAP GAIN | FPA CAPITAL FUND INC LONG TERM CAPITAL GAIN | | | 2,167.30 | |
| 12/21 | REINVESTMENT | FPA CAPITAL FUND INC DIVIDEND REINVESTED AT 36.03 NAV ON 12/17/07 | | | -233.51 | |
| 12/21 | REINVESTMENT | FPA CAPITAL FUND INC LT CAP GAINS REINVESTED AT 36.03 NAV ON 12/17/07 | | | -2,167.30 | 45,790.02 |
| 12/24 | INTEREST | ROYAL BANK OF PA US RT 03.6500% MAT 09/24/08 FIXED RATE CD PAID ON 50000 | | | 150.00 | 45,940.02 |
| 12/26 | DIVIDEND | UBS LIQUID ASSETS FUND AS OF 12/24/07 | | | 223.38 | 46,163.40 |
| 12/28 | INTEREST | DORAL BANK PR RT 05.1500% MAT 03/30/09 FIXED RATE CD PAID ON 50000 | | | 211.64 | 46,375.04 |
| 12/31 | DIVIDEND | OPPENHEIMER INTL BOND FD CL A AS OF 12/28/07 | | | 3,129.60 | |
| 12/31 | LT CAP GAIN | OPPENHEIMER INTL BOND FD CL A LONG TERM CAPITAL GAIN AS OF 12/28/07 | | | 382.30 | |
| 12/31 | REINVESTMENT | OPPENHEIMER INTL BOND FD CL A DIVIDEND REINVESTED AT 6.38 NAV ON 12/28/07 AS OF 12/28/07 | | | -3,129.60 | |
| 12/31 | REINVESTMENT | OPPENHEIMER INTL BOND FD CL A LT CAP GAINS REINVESTED AT 6.38 NAV ON 12/28/07 AS OF 12/28/07 | | | -382.30 | 46,375.04 |
| 12/31 | | **Closing cash, Money fund and other sweep option balance** | | | $ | 46,375.04 |
| | | **Total Money fund and other sweep option balance** | | | $ | 46,375.04 |

PORTLAND, OR



**Account Number:**

**Account Type:** Individual Retirement Account

GARR M KING
IRA

## 006 Year-End Summary
## nportant Tax-Planning Information

**ase keep this statement for use with your tax-reporting documents, e.g., 1099, 5498, etc.**

### ccount summary

| | Year-to-date |
|---|---|
| **t portfolio opening value** | $ .00 |

### sh activity

| | |
|---|---|
| **ening cash / money fund / sweep balance** | $ .00 |
| **edits to your account** | |
| security earnings | 17,921.68 |
| osits | 67,696.11 |
| al credits | $ 85,617.79 |
| **bits to your account** | |
| hdrawals | -23,895.00 |
| gram fees and related services | -732.53 |
| ds to purchase securities | -15,016.67 |
| al debits | $ -39,644.20 |
| dit/debit net change | $ 45,973.59 |
| **sing cash / money fund / sweep balance** | $ **45,973.59** |

**Important message:**
Clients with account balances or activity in
December should refer to the monthly
statement following the Year-End Summary.


UBS InsightOne
# Resource Management Account®

**Statement Period:** 2006 Year-End Summary

## rtfolio activity

| | | Year-to-date |
|---|---|---|
| ening value of priced assets | $ | .00 |
| :urities purchased | | 15,016.67 |
| :urities transferred in/received | | 498,252.61 |
| ange in value of investments | | 22,629.16 |
| : change in value of priced assets | $ | 535,898.44 |
| )sing value of priced assets | $ | **535,898.44** |
| t portfolio closing value as of December 29 | $ | **581,872.03** |

## arnings summary

| | | Paid in 2006 |
|---|---|---|
| idends | $ | 4,562.71 |
| :rest | | 2,905.01 |
| ier | | 10,453.96 |
| tal current year security earnings | $ | **17,921.68** |
| t security earnings | $ | **17,921.68** |



UBS Financial Services Inc.
[redacted]
[redacted]
PORTLAND, [redacted]

Your Financial Advisor
WRENN FERGUSON
[redacted]

UBS InsightOne
# Resource Management Account®



**Account Number:** [redacted]

**Account Type:** Individual Retirement Account

## December 2006

GARR M KING
IRA
[redacted]
[redacted]

### sset allocation

s graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest
I pending return of principal are not included in the asset classification



|  | | Total asset value | % of total |
|---|---|---|---|
| Cash * | $ | 45,973.59 | 7.90% |
| Cash alternatives | | .00 | 0.00% |
| Equities | | 357,226.09 | 61.39% |
| Fixed income | | 178,672.35 | 30.71% |
| Balanced | | .00 | 0.00% |
| Alternative strategies | | .00 | 0.00% |
| Other | | .00 | 0.00% |
| **Total** | **$** | **581,872.03** | **100.00%** |

| :rued interest | $ | 911.78 |
|---|---|---|
| **tal account values plus above** | **$** | **582,783.81** |

'BS Bank deposit balances are included in the "Cash" total value, and are not protected by SIPC. See the "This month at a glance"
d "Cash" sections below, and the back of the first page of this statement for details regarding those balances.

### otal value comparison

s graph includes credits, debits and changes in market value. It does not include Insurance products, 529 Plans,
ate investments, accrued interest and pending return of principal.

1 $ Thousands)



| | 3Q06 | Oct06 | Nov06 | Dec06 |
|---|---|---|---|---|
| | 581.2 | 592.8 | 603.8 | 581.9 |

### Account instructions
UBS Financial Services Inc. is your custodian.
Your account is approved for normal distributions.
Portfolio Management data is not displayed.

### Bulletin board
BE PREPARED FOR 2007. THIS MONTH'S INVESTMENT
INTELLIGENCE CONTAINS OUR MARKET OUTLOOK FOR
THE NEW YEAR AS WELL AS KEY INFORMATION FOR
TAX-YEAR 2006. CALL YOUR FA TO DISCUSS.
PREFERRED CLIENT PRIORITY SERVICES [redacted]
VISIT OUR WEB SITE AT WWW.UBS.COM.

UBS InsightOne
# Resource Management Account®

**Statement Period:** December 2006



## his month at a glance

| | | |
|---|---|---|
| ue on November 30 | $ | 603,761.54 |
| **lue on December 29** | **$** | **581,872.03** |
| loney fund and other sweep option balance in 12/29 value | $ | 45,973.59 * |
| ler items not in value on 12/29: | | |
| ccrued interest | $ | 911.78 |
| **cember 29 value plus other items** | **$** | **582,783.81** |

*BS Bank deposit balances are FDIC-insured in accordance with FDIC rules, and are not protected by SIPC.*
*the back of the first page for details and information regarding deposit balances.*

## ccount summary

| | Current period | | Year-to-date |
|---|---|---|---|
| **t portfolio opening value** | $ 603,761.54 | $ | .00 |

## h activity

| | Current period | | Year-to-date |
|---|---|---|---|
| **ening cash / money fund / sweep balance** | $ 69,234.82 | $ | .00 |
| **edits to your account** | | | |
| security earnings | 13,535.05 | | 17,921.68 |
| osits | .00 | | 67,696.11 |
| al credits | $ 13,535.05 | $ | 85,617.79 |
| **bits to your account** | | | |
| hdrawals | -23,895.00 | | -23,895.00 |
| gram fees and related services | .00 | | -732.53 |
| ds to purchase securities | -12,901.28 | | -15,016.67 |
| al debits | $ -36,796.28 | $ | -39,644.20 |
| dit/debit net change | $ -23,261.23 | $ | 45,973.59 |
| **sing cash / money fund / sweep balance** | $ 45,973.59 | $ | 45,973.59 |



## UBS InsightOne
# Resource Management Account®

**Statement Period:** December 2006

### tfolio activity

| | Current period | | Year-to-date |
|---|---|---|---|
| ening value of priced assets | $ 534,526.72 | $ | .00 |
| :urities purchased | 12,901.28 | | 15,016.67 |
| :urities transferred in/received | .00 | | 498,252.61 |
| ange in value of investments | -11,529.56 | | 22,629.16 |
| : change in value of priced assets | $ 1,371.72 | $ | 535,898.44 |
| )sing value of priced assets | $ 535,898.44 | $ | 535,898.44 |
| t portfolio closing value as of December 29 | $ 581,872.03 | $ | 581,872.03 |

### istribution summary

| | Current period | Tax year 2006 | Tax year 2005 |
|---|---|---|---|
| ·mal distributions | 23,895.00 | 23,895.00 | .00 |

### arnings summary

rnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used tax purposes. Refer to the disclosure on the back of the first page.

| | Current period | | Year-to-date |
|---|---|---|---|
| idends | $ 3,350.58 | $ | 4,562.71 |
| ·rest | 633.77 | | 2,905.01 |
| ·er | 9,531.69 | | 10,453.96 |
| ·r month(s) adjustments | 19.01 | | |
| tal current year security earnings | $ 13,535.05 | $ | 17,921.68 |
| t security earnings | $ 13,535.05 | $ | 17,921.68 |

### Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone

**Return objective:** Capital appreciation
**Risk profile:** Primary: Moderate
Secondary: None selected

UBS InsightOne

# Resource Management Account®

**Statement Period:** December 2006



## sset portfolio

*en available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (\*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services ustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.*

## sh

## S Bank deposits

*S Bank deposits balances are FDIC-insured in accordance with FDIC rules, are not protected by SIPC. See the back of the first page of this statement for details and information regarding the deposit balances.*

| scription | Opening balance | Closing balance | Average rate | Interest period | Days in period |
|---|---|---|---|---|---|
| S BANK USA DEP ACCT | 69,234.82 | 45,973.59 | 4.79% | 11/07 - 12/06 | 30 |

## uities

## tual funds

*gregated Reinvestment" is the aggregate of all dividends paid that were reinvested in the fund and excludes any cash dividends taken, but is not a tax lot for purposes of determining holding periods and/or basis. Each time dividends reinvested, the shares received are a separate tax lot. "Cost basis" is the aggregate purchase cost of the security, including reinvested dividends, and may need to be adjusted for return of capital payments to determine the aggrega usted tax cost basis. "Unrealized gain/loss" is the difference between the aggregate current value and the aggregate cost basis for each security (and may also need to be adjusted for return of capital payments to determine the realiz 1 or loss for tax reporting purposes). The "Investment return" for each security is equal to the Current value minus the Client investment, and excludes any cash dividends not reinvested.*

| scription | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| ERICAN FUNDS CAPITAL RLD GROWTH & INCOME ND CLASS F | ████ | 41.870 | 80,465.59 | | | | | | | |
| Estimated annual income: $1,517 | | | | | | | | | | |
| Current yield: 1.89% | | | | | | | | | | |
| ERICAN FUNDS RO PACIFIC FUND CLASS | ████ | 46.380 | 81,115.92 | | | | | | | |
| Estimated annual income: $1,345 | | | | | | | | | | |
| Current yield: 1.66% | | | | | | | | | | |

ntinued on page 5

December 06/ ██████

UBS InsightOne
# Resource Management Account®



**Statement Period:** December 2006

## itual funds - continued

| scription | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| DGE & COX ERNATIONAL STOCK FUND | ▉▉ | 43.660 | 22,528.38 | | | | | | | |
| Estimated annual income: $180 | | | | | | | | | | |
| Current yield: .80% | | | | | | | | | | |
| DGE & COX STOCK FUND | ▉▉ | 153.460 | 86,804.64 | | | | | | | |
| Estimated annual income: $1,131 | | | | | | | | | | |
| Current yield: 1.30% | | | | | | | | | | |
| /S DREMAN SMALL P VALUE FUND ASS A | ▉▉ | 37.730 | 33,537.97 | | | | | | | |
| Estimated annual income: $268 | | | | | | | | | | |
| Current yield: .80% | | | | | | | | | | |
| DERATED KAUFMAN ALL CAP FUND CLASS A | ▉▉ | 24.260 | 23,424.75 | | | | | | | |
| A CAPITAL FUND INC | ▉▉ | 41.440 | 29,348.84 | | | | | | | |
| Estimated annual income: $538 | | | | | | | | | | |
| Current yield: 1.83% | | | | | | | | | | |

**timated annual income:** $4,979
**itual funds total** ▉▉ 357,226.09

UBS InsightOne
# Resource Management Account®

**Statement Period:** December 2006



---

ed income

## rtificates of deposit
st basis for Zero Coupon CDs has not been automatically adjusted for accrued original issue discount and thus gains/losses are not calculated.

| scription | Total face value at maturity | Price | Current value | Est. annual income/ Current yield | | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| STERNBANK PR | | 99.927 | 49,963.50 | 750 / | 3.00 % | | | | | |
| TE 03.0000% MAT 01/16/2007 | | | | | | | | | | |
| ED RATE CD | | | | | | | | | | |
| CRUED INTEREST $682.19 | | | | | | | | | | |
| YAL BANK OF PA US | | 97.132 | 48,566.00 | 1,825 / | 3.76 % | | | | | |
| 03.6500% MAT 09/24/2008 | | | | | | | | | | |
| ED RATE CD | | | | | | | | | | |
| CRUED INTEREST $25.00 | | | | | | | | | | |
| RAL BANK PR | | 99.527 | 49,763.50 | 2,575 / | 5.17 % | | | | | |
| TE 05.1500% MAT 03/30/2009 | | | | | | | | | | |
| ED RATE CD | | | | | | | | | | |
| CRUED INTEREST $204.59 | | | | | | | | | | |
| tal | | | 148,293.00 | 5,150 | | | | | | |

Account Number: ▮▮▮▮
**Your Financial Advisor**
WRENN FERGUSON

▮▮▮▮

**UBS InsightOne**
# Resource Management Account®

Statement Period: December 2006



## itual funds

*gregated Reinvestment" is the aggregate of all dividends paid that were reinvested in the fund and excludes any cash dividends taken, but is not a tax lot for purposes of determining holding periods and/or basis. Each time dividends reinvested, the shares received are a separate tax lot. "Cost basis" is the aggregate purchase cost of the security, including reinvested dividends, and may need to be adjusted for return of capital payments to determine the aggrega isted tax cost basis. "Unrealized gain/loss" is the difference between the aggregate current value and the aggregate cost basis for each security (and may also need to be adjusted for return of capital payments to determine the realiz i or loss for tax reporting purposes). The "Investment return" for each security is equal to the Current value minus the Client investment, and excludes any cash dividends not reinvested.*

| scription | Total shares | Price | Current value | Purchase price | Client investment | Cost basis | Unrealized gain/loss | Reinvested dividends | Investment return | Holding period |
|---|---|---|---|---|---|---|---|---|---|---|
| ICO REAL RETURN ND CLASS A | ▮▮▮ | 10.650 | 30,379.35 | | | | | | | |
| Estimated annual income: | $1,032 | | | | | | | | | |
| Current yield: | 3.40% | | | | | | | | | |

## rtfolio totals

| | Current value | Est. annual income | | Cost basis | Unrealized gain/loss |
|---|---|---|---|---|---|
| sh | 45,973.59 | | | | |
| Jities | 357,226.09 | 4,979 | | | |
| ed income | 178,672.35 | 6,182 | | | |
| tal | **581,872.03** | **11,161** | | | |
| ier items not included in Portfolio total value | | | | | |
| Accrued interest | 911.78 | | | | |

## tice of availability

*ependent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can 1-877-208-5700 to request that a copy of this research be sent to them.*



UBS InsightOne
# Resource Management Account®



**Statement Period:** December 2006

## onthly activity

### sh flow and security transactions
'er to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| e | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 30 | | **Cash, Money fund and other sweep option balance** | | | | $ 69,234.82 |
| 01 | DIVIDEND | PIMCO REAL RETURN FUND CLASS A | | | 19.01 | |
| | | AS OF 11/30/06 | | | | |
| 01 | REINVESTMENT | PIMCO REAL RETURN FUND CLASS A | ███ | | -19.01 | 69,234.82 |
| | | DIVIDEND REINVESTED AT 11.02 NAV ON 11/30/06 | | | | |
| | | AS OF 11/30/06 | | | | |
| 07 | INTEREST | UBS BANK USA DEPOSIT ACCOUNT | | | 272.13 | 69,506.95 |
| | | AS OF 12/06/06 | | | | |
| 14 | ST CAP GAIN | PIMCO REAL RETURN FUND CLASS A | | | 212.35 | |
| | | SHORT TERM CAPITAL GAIN AS OF 12/13/06 | | | | |
| 14 | LT CAP GAIN | PIMCO REAL RETURN FUND CLASS A | | | .82 | |
| | | LONG TERM CAPITAL GAIN AS OF 12/13/06 | | | | |
| 14 | REINVESTMENT | PIMCO REAL RETURN FUND CLASS A | ███ | | -212.35 | |
| | | ST CAP GAINS REINVESTED AT 10.84 NAV ON 12/13/06 | | | | |
| | | AS OF 12/13/06 | | | | |
| 14 | REINVESTMENT | 1000TH PIMCO REAL RETURN RETURN FUND CLASS A | ███ | | -.82 | 69,506.95 |
| | | LT CAP GAINS REINVESTED AT 10.84 NAV ON 12/13/06 | | | | |
| | | AS OF 12/13/06 | | | | |
| 20 | DISTRIBUTION CURRENT YEAR | NORMAL DISTRIBUTION | | | -23,895.00 | 45,611.95 |
| 21 | ST CAP GAIN | DWS DREMAN SMALL CAP VALUE FUND | | | 312.62 | |
| | | CLASS A SHORT TERM CAPITAL GAIN | | | | |
| | | AS OF 12/20/06 | | | | |
| 21 | LT CAP GAIN | DWS DREMAN SMALL CAP VALUE FUND | | | 1,432.51 | |
| | | CLASS A LONG TERM CAPITAL GAIN | | | | |
| | | AS OF 12/20/06 | | | | |

ntinued on page 9

December 06/ ███████

Account Number: ███████

**Your Financial Advisor**
WRENN FERGUSON

███████

UBS InsightOne
# Resource Management Account®

**Statement Period:** December 2006



sh flow and security transactions - **continued**

| e | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 21 | REINVESTMENT | DWS DREMAN SMALL CAP VALUE FUND CLASS A ST CAP GAINS REINVESTED AT 37.74 NAV ON 12/19/06 AS OF 12/20/06 | ███ | | -312.62 | |
| 21 | REINVESTMENT | DWS DREMAN SMALL CAP VALUE FUND CLASS A LT CAP GAINS REINVESTED AT 37.74 NAV ON 12/19/06 AS OF 12/20/06 | ███ | | -1,432.51 | 45,611.95 |
| 22 | DIVIDEND | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F AS OF 12/21/06 | | | 269.61 | |
| 22 | DIVIDEND | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F AS OF 12/21/06 | | | 183.16 | |
| 22 | LT CAP GAIN | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F LONG TERM CAPITAL GAIN AS OF 12/21/06 | | | 3,295.08 | |
| 22 | REINVESTMENT | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F DIVIDEND REINVESTED AT 41.56 NAV ON 12/20/06 AS OF 12/21/06 | ███ | | -269.61 | |
| 22 | REINVESTMENT | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F DIVIDEND REINVESTED AT 41.56 NAV ON 12/20/06 AS OF 12/21/06 | ███ | | -183.16 | |
| 22 | REINVESTMENT | AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F LT CAP GAINS REINVESTED AT 41.56 NAV ON 12/20/06 AS OF 12/21/06 | ███ | | -3,295.08 | |
| 22 | DIVIDEND | FPA CAPITAL FUND INC | | | 168.03 | |
| 22 | LT CAP GAIN | FPA CAPITAL FUND INC LONG TERM CAPITAL GAIN | | | 1,350.99 | |
| 22 | REINVESTMENT | FPA CAPITAL FUND INC DIVIDEND REINVESTED AT 42.09 NAV ON 12/18/06 | ███ | | -168.03 | |
| 22 | REINVESTMENT | FPA CAPITAL FUND INC LT CAP GAINS REINVESTED AT 42.09 NAV ON 12/18/06 | ███ | | -1,350.99 | 45,611.95 |
| 26 | INTEREST | ROYAL BANK OF PA US RT 03.6500% MAT 09/24/08 FIXED RATE CD PAID ON      50000 AS OF 12/24/06 | | | 150.00 | 45,761.95 |

ntinued on page 10

Account Number: ▮▮▮▮▮
Your Financial Advisor
WRENN FERGUSON
▮▮▮▮▮▮

UBS InsightOne
# Resource Management Account®

**Statement Period:** December 2006



## sh flow and security transactions - **continued**

| e | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 28 | DIVIDEND | AMERICAN FUNDS EURO PACIFIC FUND CLASS F AS OF 12/27/06 | | | 1,250.72 | |
| 28 | ST CAP GAIN | AMERICAN FUNDS EURO PACIFIC FUND CLASS F SHORT TERM CAPITAL GAIN AS OF 12/27/06 | | | 954.09 | |
| 28 | LT CAP GAIN | AMERICAN FUNDS EURO PACIFIC FUND CLASS F LONG TERM CAPITAL GAIN AS OF 12/27/06 | | | 3,452.29 | |
| 28 | REINVESTMENT | AMERICAN FUNDS EURO PACIFIC FUND CLASS F DIVIDEND REINVESTED AT 45.78 NAV ON 12/26/06 AS OF 12/27/06 | ▮▮▮ | | -1,250.72 | |
| 28 | REINVESTMENT | AMERICAN FUNDS EURO PACIFIC FUND CLASS F ST CAP GAINS REINVESTED AT 45.78 NAV ON 12/26/06 AS OF 12/27/06 | ▮▮▮ | | -954.09 | |
| 28 | REINVESTMENT | AMERICAN FUNDS EURO PACIFIC FUND CLASS F LT CAP GAINS REINVESTED AT 45.78 NAV ON 12/26/06 AS OF 12/27/06 | ▮▮▮ | | -3,452.29 | |
| 28 | INTEREST | DORAL BANK PR RT 05.1500% MAT 03/30/09 FIXED RATE CD PAID ON    50000 | | | 211.64 | 45,973.59 |
| '29 | | **Closing cash, Money fund and other sweep option balance** | | | $ | 45,973.59 |
| | | **Total Money fund and other sweep option balance** | | | $ | 45,973.59 |

## ›ney funds and other sweep options

› UBS Bank USA Deposit Account is your primary sweep option.

| e | Activity | | Amount | Balance | Date | Activity | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| '30 | **Opening UBS Bank USA Deposit Account** | | $ | **69,234.82** | 12/27 | DEPOSIT | $ | 150.00 | $ 45,761.95 |
| 07 | DEPOSIT | AS OF 12/06/06 | $ 272.13 | $ 69,506.95 | 12/29 | DEPOSIT | | 211.64 | 45,973.59 |
| 21 | WITHDRAWAL | AS OF 12/20/06 | -23,895.00 | 45,611.95 | 12/29 | **Closing UBS Bank USA Deposit Account** | | $ | **45,973.59** |



## Resource Management Account®

**Statement Period:** December 2006

### 06 Year-End valuation statement - Form 5498

ain this statement as your year-end valuation. If your Asset portfolio includes Insurance products, Private investments, IRA
·cial products or Other assets or if you own Outside assets that do not appear on this statement, we will automatically provide
· with an updated year-end valuation in January 2007. This 2006 year-end value of your IRA (or the updated value, if
·licable) will be furnished to the Internal Revenue Service.

| | | |
|---|---|---|
| cember 29 value | $ | 581,872.03 |

UBS Financial Services Inc. (the "Firm" or "UBS Financial Services"), member of all principal security, commodity and options exchanges. Executive offices: 1285 Avenue of the Americas, New York, NY 10019. UBS Financial Services is an indirect subsidiary of UBS AG and an affiliate of UBS Securities LLC. The Firm's financial statement is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

This statement represents the only official record of your UBS Financial Services account. Other records, except official tax documents, containing conflicting data should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office servicing your account. Any oral communications should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). If the financial institution on the front of this statement is not UBS Financial Services, UBS Financial Services is carrying your account as clearing broker by arrangement with the indicated institution, which you were informed of when you opened this account. In these cases, a report must be made to both firms. All account statements shall be deemed complete and accurate if not objected to in writing within 60 days of the statement postmark.

Customer complaints may be directed to the Firm's Client Relations Department at 800-354-9103, 8:00 A.M. to 6:00 P.M. ET Monday through Friday. In case of errors or questions about an electronic funds transfer (EFT), bill payment, or aUBS American Express Card transaction, call 800-762-1000, or write to UBS Financial Services Incorporated 1000 Harbor Blvd. 5th floor Weehawken, NJ 07086 Attn: RMA/BSA Services.

All checks should be made payable to the Firm, or the financial institution indicated on the front of this statement. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases, and charges for unpaid amounts in cash accounts. Accounts transferring to other institutions may be subject to a transfer fee.

### UBS Bank Deposits
Cash on deposit at UBS Bank USA (the "Bank") through the UBS Deposit Account Sweep Program is deposited by the Firm, acting as your agent, at the Bank. The Firm, as your agent, maintains control over the deposit accounts established on your behalf with the Bank. Cash on deposit at the Bank is protected by the FDIC up to $100,000 per depositor, in accordance with FDIC rules. Further information regarding current yields on the Bank deposits, and important disclosures regarding the Deposit Account Sweep Program and alternatives to that Program, are available at www.ubs.com/sweepyields. More information regarding FDIC Insurance is available upon request, or by visiting the FDIC website at www.FDIC.gov. Deposits at the Bank are not guaranteed by the Firm or any affiliate of the Firm, and are not protected by SIPC (see "UBS Financial Services Account Protection" below).

### UBS Financial Services Account protection
The Firm is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides protection for your account(s) at the Firm for up to $500,000, including $100,000 for free cash balances at the Firm in the unlikely event that the Firm fails financially. The SIPC asset protection limits apply to all accounts that you hold in a particular capacity. For example, if you have two accounts at the Firm where you are the sole account holder and a third account where you are a joint account holder, the two accounts are protected under SIPC up to a combined $500,000 (not $500,000 each), and the joint account is protected under SIPC separately for $500,000. The Firm, together with certain affiliates, has also purchased additional protection. The maximum amount payable under the policy is $600 million. Subject to this policy limit, cash at the Firm is protected up to $1 million in the aggregate for all your accounts held in a particular capacity at UBS Financial Services. The SIPC protection and the supplemental protection both do not apply to (a) certain financial assets controlled by (and included in your account value) but held away from UBS Financial Services (e.g., certain (i) cash at UBS Bank USA (see "UBS Bank Deposits," above), (ii) insurance products, including variable annuities, and (iii) shares of mutual funds whereas such shares are registered directly in the name of the account holder on the books and records of the applicable issuer or transfer agent); (b) certain investment contracts or investment interests (e.g., limited partnerships and private placements) that are not registered under the Securities Act of 1933; and (c) commodities contracts (e.g., foreign exchange and precious metal contracts), including futures contracts and commodity option contracts. The SIPC protection and the supplemental protection do not apply to these assets even if they otherwise appear on your statements. The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise). More information is available upon request, or by visiting the SIPC website at www.SIPC.org. UBS Financial Services is not a bank. Unless otherwise disclosed, securities and other investments held through UBS Financial Services ARE NOT FDIC-INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

### International Deposit Account ("IDA")
IDA is an interest-bearing account maintained by UBS AG, UBS Financial Services Inc.'s parent company, at the Cayman Island Branch where the uninvested cash in the client's International Resource Management Account ("IRMA") is automatically "swept" or invested on a daily basis. These automatic deposits made into the IDA are not guaranteed by UBS Financial Services Inc., nor insured by FDIC.

### Dividend Reinvestment Program ("DRIP")
The price reflected is an average price and the actual price may be obtained from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares will be sold and the cash credited to your account. There may be a small difference, positive or negative, between the dividend reinvestment price supplied by the issuer and the market price at which the partial shares are sold.

### Cash-In-lieu
Only whole units may be held in your account. If you are entitled to a partial unit as a result of a dividend payment or otherwise, the Firm will either sell whole units at market price or accept an amount determined by a registered clearing agency, and credit your account in cash.

### Investment objectives
The investment objectives you select reflect the overall goals you have for this account and apply to the whole account, not to specific investments within the account. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account held, you choose one return objective and primary and, if applicable, secondary risk profile. The following lists the alternatives.

#### Return objectives
*Current income* - Investments seeking generation of income.
*Capital appreciation* - Investments seeking growth of principal rather than generation of income.
*Current income and capital appreciation* - Investments seeking both generation of income and growth of principal.

#### Risk profiles
*Conservative* - Seeks securities most likely to preserve principal with low risk.
*Moderate* - Seeks greater potential returns; willing to accept higher risk of loss of principal.
*Aggressive/Speculative* - Seeks potential for significant appreciation; willing to accept high degree of risk of loss of principal.

### Statement "Householding"
As a convenience to you, in some instances we may consolidate all related account statements with the same address in the same envelope. Accounts may be related for this purpose because they have owners who also maintain joint account relationships with other clients at the same address. This practice is known as "householding." If you do not wish to have all of your statements bundled together that is, you prefer to receive individual statements mailed in separate envelopes you may decline householding by calling your Financial Advisor at the toll-free number listed on your account statements.

### Account overview
- **Closing values.** Total net equity value (assets minus debt) of your account includes uninvested cash, money amounts, values for restricted security (est.), and Global Time Deposits, short account balance, unrealized marks to market, and certain assets not held by the Firm. Does not include unpriced securities/assets at the end of the prior and current statement periods, nor values for insurance products and private investments.
- **Cash/Money funds.** Total of uninvested cash credit balance plus money fund money market fund sweep option (but not UBS Bank deposit account) balances at the close of the statement period. Non-commodity free credit balances in your account are not segregated from other cash balances and the Firm may use any such funds in the ordinary course of its business. These funds are payable upon your demand. This total is included in the current period closing value.
- **UBS Bank deposits.** Total of cash on deposit at the UBS Bank USA through the UBS Deposit Account Sweep Program at the close of the statement period. For more information see the section titled "UBS Bank Deposits," above.
- **Debit balance.** Total of debit balance at the close of the statement period. This total is included in the current period closing value.
- **Restricted securities value (est.).** Value presented is for informational purposes only and may not represent the price at which the security may be sold due to illiquidity or restrictions on resale/surrender of the security.
- **Other items not in closing value.** Estimates of values for items excluded from your account's current period closing value including: insurance values listed on your statement and pending returns of principal. Positions and values are for informational purposes only and obtained from sources considered reliable; however, accuracy cannot be guaranteed.
- **Value plus other items.** Totals the current period closing value and estimates of values for other items described above.
- **Private investment values (est.).** Total of estimated values for private investments based n third party estimated values, if any, supplied by independent valuation Firms rather than those provided by issuers (general partners).

### Loan summary
For detailed information on the Firm's truth in lending practices, refer to the Firm's Statement of Credit Practices. The Firm reserves the right to limit margin purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the Firm's guidelines, market conditions and regulatory margin requirements.

### Asset portfolio
Itemizes securities/assets (grouped by category) held in the account at the end of the statement period. You may ask for delivery of fully paid securities at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities transferred to the Firm during the statement period are listed at market value as of the end of the statement period. In determining the cost basis of the securities included in this statement, where indicated with the number "1," UBS Financial Services has relied on information obtained from sources other than UBS Financial Services, including information from another firm or that you may have provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services. In addition, although UBS Financial Services generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, you should not rely on this information in making purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm will reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.

- **Callable securities.** Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients. Call feature information is obtained from third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.
- **Certificates of Deposit (CDs).** CDs are FDIC insured up to $100,000 in principal and accrued interest per depositor and per depository institution, in accordance with FDIC rules.
- **Price/Value.** The closing prices and/or mean bid and ask prices of the last recorded transaction of all listed securities, options and OTC NASDAQ securities, when available. Less actively traded securities may be priced using a computerized valuation model and may not reflect an actual market price or value. This information is obtained from third parties and its accuracy is not guaranteed. Restricted securities generally are not eligible for public sale. For purposes of this statement, the Firm uses the market prices of the unrestricted stock of the same issuer as an imputed value for the restricted stock. This imputed value may be substantially less than the actual prices received if these securities are resold or surrendered. All CD prices are derived using a computerized valuation model and therefore represent an estimated market value. Values presented for insurance products are provided by the insurance company or sponsor (sources considered reliable). The accuracy is not guaranteed. Surrender charges may apply. Deposits or securities denominated in currencies other than U.S. dollars are reflected at the exchange rate as of the statement date. Prices may or may not represent current or future market value. To obtain current quotations, when available, contact your Financial Advisor. Structured products may not have been registered with the Securities and Exchange Commission or under any state securities laws. The market for such structured products will generally be highly illiquid and sub actively valued, and as such, valuation may not be provided.
- **Private Investments and Structured Products.** Private investment securities and structured products generally are highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We are providing estimated values for private investment securities and structured products for informational purposes only. Accuracy is not guaranteed. These values may differ substantially from prices, if any, at which a private investment security or structured product may be bought or sold and do not necessarily represent the value you would receive upon liquidation. Third party estimates of value are as of a certain date and are supplied to UBS Financial Services Inc. by an independent valuation firm. Issuer, general partner or sponsor estimated values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on different information from that used by third parties to derive their estimated values. Both third party and issuer, general partner or sponsor estimated values, where available, are generally updated on a regular (monthly, quarterly, annual or semi-annual) basis. You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information which is the basis for the estimate by calling (800) 320-9951 from within the U.S.; for calls from outside the U.S. please call collect at (201) 272-7383. Third party estimated valued may be reflected as "Not priced" in several situations: when an independent valuation firm has not supplied or is unable to assign any such value, when we become aware that a material event has occurred which may call a previously reported value into question, or when a value would be highly speculative due to the nature of the security. In any instance where neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price. "Distributions to date" may include return of capital, income or both. "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.
- **Est. (estimated) income.** Estimate of annual income based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline; accuracy and continued income are not guaranteed.
- **Current yields and Rates** An estimate of annualized income (dividend and/or interest) divided by the current market value. This estimate is based n the last dividend or interest payment made by the issuer and assumes the securities will be held for one year from the statement date or until maturity; accuracy and continued yield are not guaranteed. Information regarding current yields and rates payable on the available cash sweep options (including bank deposits and money market mutual funds) can be viewed at www.ubs.com/sweepyields or obtained by contacting your Financial Advisor or calling 1-800-762-1000.

- **Assets not held by UBS Financial Services.** Certain assets are not held by the Firm and not within the Firm's possession or control. As indicated on the front of your statement, these assets are displayed on your statement for informational purposes only, and are not included in your account value. Positions and values presented are provided by the issuing firm, and the Firm is not responsible for this information, nor guarantees its accuracy. These assets are not protected by the Firm's SIPC coverage.
- **Revenue Sharing and Additional Compensation.** In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds to our clients, we receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) the amount of new sales of the mutual funds of a particular fund family; and (ii) the amount of mutual fund assets of that particular fund family held by our clients. We also receive networking fees in consideration for transfer agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the b+ ker-dealer holding mutual funds of that fund family. In addition to commissions received in connection with the sale or distribution of annuity contracts and unit investment trust units to our clients, we receive revenue sharing compensation from many of the insurance companies underwriting the annuity contracts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute. Our affiliates also receive trading commissions and other compensation from mutual funds and insurance companies whose products we distribute. We receive from UBS Bank USA a fee of up to .50% per annum of amounts deposited with UBS Bank USA under the bank deposit account sweep program.
- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual security lots. The transaction data for individual lots may or may not reflect commissions, charges, nor security reorganization events. Dividend and other reinvestment lots and systematic purchase lots are each combined to display one averaged lot. The "Trade date" column shows the date the securities were traded.

### Activity
Trade commissions and charges appear on confirmations. Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included on confirmations previously furnished to you, and will be provided to you on request.

### Open orders
Open or "good until cancelled" orders that were not executed by the statement date. Open buy and sell stop orders are reduced by the amount of dividends or rights on ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely only on year-end tax forms, (i.e. form 1099, 5498, 1042S. etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, and net proceeds on sale transactions.

### Foreign Transactions
American Express converts transactions in foreign currencies into U.S. dollars. Unless a particular rate is required by applicable law, the conversion rate used by American Express is a wholesale interbank rate selected on the business day prior to the day on which the transactions are processed by American Express, increased by 1.5%. The currency conversion rate used on the conversion date may differ from the rate in effect on the date you used your UBS American Express Card.
If you are a UBS Select American Express Cardholder, and you use your UBS American Express Card r account to effect a transaction with a party located outside of the United States, the Card Issuer will charge a Foreign Country Transaction Fee of one-half of one percent (0.50%) of the U.S. dollar amount. The Card Issuer's Foreign Country Transaction Fee is calculated after the conversion process discussed in the previous paragraph.

### Tax Withholding on Distributions from UBS Financial Services Inc. IRAs
Federal tax law requires UBS Financial Services Inc. to withhold income tax from your taxable IRA distributions(s), but you may elect NOT to have income tax withheld or instead you may elect to have tax withheld at a rate or in a fixed amount as you choose. Your election will remain in effect until revoked by you. You may revoke your election at any time by making a new election. If you do not have income tax withheld from your distributions(s), you may be responsible for the payment of estimated tax. You may incur penalties if the amounts withheld and your estimated tax payments are not equal to your tax obligation.

Rev 10/06

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, GARR M | DISTRICT OF OREGON / ACTIVE | 05/01/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 907 UNITED STATES COURTHOUSE<br>1000 S. W. THIRD AVENUE<br>PORTLAND, OREGON 97204 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-MANAGER | KING PARTNERS LLC |
| 2. | PRESIDENT/DIRECTOR | KING FAMILY FOUNDATION |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 12 A 11: 38 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the United States Courts | 01/29/2007 to 01/31/2007 | Santa Barbara, California | U.S. Judicial Conference | $1,091.00 |
| 2. | Bend Oregon Inns of Court | 02/21/2007 to 02/22/2007 | Bend, Oregon | Inns of Court | $150.00 |
| 3. | American College of Trial Lawyers | 03/28/2007 to 04/01/2007 | Houston, Texas | Nat'l Trial Competition | $1,157.00 |
| 4. | Administrative Office of the United States Courts | 04/20/2007 to 04/21/2007 | Medford, Oregon | Investiture Judge Clarke | $179.00 |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | KING, GARR M | 05/01/2008 |

| 5. | Administrative Office of the United States Courts | 07/15/2007 to 07/19/2007 | Honolulu, Hawaii | U.S. Judicial Conference | $2,809.00 |
|---|---|---|---|---|---|
| 6. | American College of Trial Lawyers | 11/15/2007 to 11/17/2007 | Napa Valley, California | Western Chairs' Workshop | $800.00 |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. NATIONAL BANK | A | Interest | K | T | | | | | |
| 2. KENNEDY, KING & ZIMMER PARTNERSHIP AGREEMENT | | None | | | TERMINATED | | | | NO PAYMENT IN 2007 |
| 3. OREGON STATE VETS SER. 75 | B | Interest | K | T | | | | | |
| 4. WASHINGTON CO. OREGON UNI SWR | A | Interest | J | T | | | | | |
| 5. PORTLAND OREGON HOUSING 11-1-25 | B | Interest | K | T | | | | | |
| 6. PORTLAND OREGON HOUSING 1-1-27 | | None | | | SOLD | 02/01 | K | A | |
| 7. ANALOG DEVICES COMMON STOCK | | None | K | T | | | | | |
| 8. CISCO SYS. INC. COMMON STOCK | | None | K | T | | | | | |
| 9. JP MORGAN / CHASE | B | Dividend | K | T | | | | | |
| 10. INTEL CORP. | A | Dividend | K | T | | | | | |
| 11. U.S. BANCORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 12. WASHINGTON MUTUAL COMMON STOCK | B | Dividend | L | T | | | | | |
| 13. ORACLE CORP. COMMON STOCK | | None | K | T | | | | | |
| 14. CASH IN BROKERAGE ACCOUNTS - UBS Resource Mgmt. Acct. | E | Int./Div. | N | T | | | | | |
| 15. IRA - U.B.S. FINANCIAL | E | Int./Div. | O | T | | | | | |
| 16. M&P CO. (Real Estate Partnership) Salt Lake City, Utah | E | Rent | L | W | | | | | |
| 17. MACKINNON FINANCIAL SERVICES (Partnership) | A | Interest | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 19. IRA VALUE LINE FUND | | None | | | Merged w/15 | 2007 | M | | Transferred to IRA#15 |
| 20. PFIZER INC. | B | Dividend | | | SELL | 11/13 | K | A | |
| 21. AMERICAN EXPRESS | A | Dividend | L | T | | | | | |
| 22. AM. INT'L GROUP | A | Dividend | K | T | | | | | |
| 23. CITIGROUP | B | Dividend | K | T | | | | | |
| 24. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 25. HOME DEPOT | A | Dividend | | | SELL | 11/13 | J | A | |
| 26. MICROSOFT | | None | K | T | | | | | |
| 27. WELLS FARGO | A | Dividend | L | T | | | | | |
| 28. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 29. UNITED PARCEL | B | Dividend | L | T | | | | | |
| 30. MIDCAP SPDR | B | Dividend | M | T | | | | | |
| 31. SECTOR SPDRCYA | C | Dividend | | | SELL | 5/3 | M | | |
| 32. ISHARES TR | D | Dividend | M | T | | | | | |
| 33. SECTOR SPDR TR. TECH | C | Dividend | | | SOLD | 5/3 | L | D | |
| 34. COLUMBIA BANCORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CASCADE BANCORP | A | Dividend | K | T | | | | | |
| 36. BPPLC Spons. ADR | B | Dividend | K | T | | | | | |
| 37. MEDTRONIC | A | Dividend | K | T | | | | | |
| 38. FIRST DATA CORP | | None | | | SELL | 5/3 | K | D | |
| 39. SPECTOR SPDR TR INTL. HEALTH | B | Dividend | M | T | | | | | |
| 40. SPECTOR SPDR ENERGY | B | Dividend | L | T | | | | | |
| 41. TRI COUNTY METTR | B | Interest | K | T | | | | | |
| 42. WEST BANK P.R.C.O. | B | Interest | L | T | | | | | |
| 43. PORT. ORE. SEWER SYS. | B | Interest | | | REDEEMED | 6/1 | L | A | |
| 44. CLACK. CTY. OR. HOSP. | B | Int./Div. | K | T | | | | | |
| 45. CARMEN DRIVE HEALTH CENTER INVESTORS | C | Interest | K | U | | | | | |
| 46. SUN WATER SYSTEMS INC. | A | Dividend | K | U | | | | | |
| 47. ORE. ST. BOARD OF HIGHER EDUCATION: 8/1/07 | B | Interest | | | REDEEMED | 8/1 | L | A | |
| 48. SW OREGON COMM. COLL: 6/1/07 | B | Interest | | | REDEEMED | 6/1 | L | A | |
| 49. RESIDENCE - DAVIS, CALIFORNIA | | None | O | T | | | | | |
| 50. SALEM OR. WATER REV. | B | Interest | L | T | | | | | |
| 51. PORT. OR. WATER SYS. | B | Interest | | | REDEEMED | 11/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WEST COAST BAN CORP. | B | Dividend | K | T | | | | | |
| 53. OR. STATE DEPT. ADMIN. | C | Interest | L | T | | | | | |
| 54. PORT ORE SWR SYSTEM | D | Interest | M | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Additional Information in | Type | Value Code | Value Method | Type | Day | Value | Gain |
|---|---|---|---|---|---|---|---|
| #15 IRA - USB Financial | None | O | T | | | | |
| Schedule of Assets in IRA: | | | | | | | |

American Funds Capital
American Funds EURO
Dodge & Cox Intl. Fund
Dodge & Cox Stock Fund
DWS Dreman Small Cap Fund
Federated Kaufinan Small Cap Fund
FPA Capitol Fund Inc.
Loomis Sayles Income Fund
Oppenheimer Int'l Bond Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544